USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MONICA PATRICIA TENESACA DELGADO,
A# 76-838-388,

                                    Plaintiff,

                      -against-

ANDREA QUARANTILLO,
New York District Director of the United States
Citizenship and Immigration Services,

                                  Defendant.
-------------------------------------------------------------X

Civil Action No. 08 CIV 9058 (DC)

ECF CASE

JUDGE DENNY CHIN

**ORDER**

WHEREAS, Defendant has filed a motion to dismiss the amended complaint and Plaintiff has filed a motion for summary judgment. Each party has submitted opposition papers to the respective motions. Plaintiff may submit an Amended Memorandum of Law In Opposition to the Defendant's Motion to Dismiss by August 3, 2009. The Defendant's Reply Papers for its Motion to Dismiss are due no later than August 17, 2009.

Plaintiff's Reply Papers for its Motion for Summary Judgment are due no later than August 3, 2009.

SO ORDERED.

Dated: New York, New York
        July 30, 2009

                                                               DENNY CHIN
                                                               United States District Judge